NO. 12-11-00210-CV

 

IN THE COURT OF APPEALS          

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

TREVOR TAYLOR,                                        
§                   APPEAL FROM THE

APPELLANT

            

V.                                                                     
§                    COUNTY COURT AT LAW #2       

 

WALTER DUNSWORTH,                            


APPELLEE                                                   
§                     GREGG COUNTY, TEXAS







MEMORANDUM
OPINION

PER
CURIAM

            This
appeal is being dismissed because Appellant has failed to comply with the Texas
Rules of Appellate Procedure.  See Tex.
R. App. P. 42.3.  Pursuant to Rule 32.1, Appellant’s docketing statement
was due to have been filed at the time the appeal was perfected, i.e., July 7,
2011.  See Tex. R. App. P. 32.1. 
Because Appellant did not file his docketing statement at that time,
this court requested by letter dated July 13, 2011, that he file his docketing
statement within ten days if he had not already done so.  Appellant did not
file the docketing statement as requested.   

            On
July 27, 2011, the court notified Appellant that the appeal would be dismissed
on or before August 8, 2011, unless he filed the required docketing statement. 
See Tex. R. App. P. 32.1. 
The August 8 deadline has passed, and Appellant has not complied with the
court’s request.  Because Appellant has failed, after notice, to comply with
Rule 32.1, the appeal is dismissed.  See Tex. R. App. P. 42.3(c).

Opinion delivered August 24,
2011.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

(PUBLISH)